# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:14-cv-04184-SVW-JEM | Date | July 10, 2014 |
|---|---|---|---|
| Title | adidas AG et al v. Arriba Sports et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

    This Order is issued pursuant to FRCP 4(m), which requires that plaintiff(s) serve the summons and complaint upon all defendants within 120 days after filing the complaint. The Court may dismiss the action prior to the 120 days, however, if plaintiff(s) has/have not diligently prosecuted the action.

    It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

    The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than July 24, 2014 why this action should not be dismissed as to Defendant Mundo Deportivo Zava Imports Inc served on 6/6/2014, answer due 6/27/2014, Defendant Meca Imports Inc. served on 6/9/2014, answer due 6/30/2014, Defendant Cool Wholesale served on 6/9/2014, answer due 6/30/2014, Defendant Rimab Sports served on 6/9/2014, answer due 6/30/2014, Defendant Marcos Gonzalez served on 6/9/2014, answer due 6/30/2014, Defendant Raymundo's Soccer served on 6/9/2014, answer due 6/30/2014, Defendant Fidel Gonzalez served on 6/9/2014, answer due 6/30/2014, Defendant Najam Javed served on 6/9/2014, answer due 6/30/2014, Defendant Imran Javed served on 6/9/2014, answer due 6/30/2014, Defendant Maple Sports Inc served on 6/9/2014, answer due 6/30/2014, Defendant Equipe Imports Inc served on 6/10/2014, answer due 7/1/2014, and Defendant Arturo Zavala served on 6/10/2014, answer due 7/1/2014, for lack of prosecution.

    As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- Proof of service of summons and complaint (applicable for defendant(s) who have not been served);

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-04184-SVW-JEM | Date | July 10, 2014 |
|---|---|---|---|
| Title | adidas AG et al v. Arriba Sports et al | | |

- In cases removed from State Court, responsive pleadings filed by all defendants
- Request for entry of default by plaintiff(s) (applicable where defendants have been served but not answered);
- Motion for default judgment.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

: _____

Initials of Preparer        PMC