```
FILED
CLERK, U.S. DISTRICT COURT
JUL 23, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY
```

KILPATRICK TOWNSEND & STOCKTON LLP
DENNIS L. WILSON (State Bar No. 5407)
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN (State Bar No. 239343)
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR.
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff
ADIDAS AG AND ADIDAS AMERICA, INC.

NO JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AG AND ADIDAS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARRIBA SPORTS, DOING BUSINESS AS SOCCER WAREHOUSE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS ARRIBA SPORTS AND SOCCER WAREHOUSE; MUNDO DEPORTIVO ZAVA IMPORTS INC., DOING BUSINESS AS ARZA SOCCER; ARTURO ZAVALA, INDIVIDUALLY AND DOING BUSINESS AS MUNDO DEPORTIVO ZAVA IMPORTS INC. AND ARZA SOCCER; MAPLE SPORTS INC.; IMRAN JAVED, INDIVIDUALLY AND DOING BUSINESS AS MAPLE SPORTS | Case No. 2:14-cv-4184-SVW-JEM <br><br> ~~(PROPOSED)~~ **PERMANENT INJUNCTION AGAINST DEFENDANTS MUNDO DEPORTIVO ZAVA IMPORTS INC., DOING BUSINESS AS ARZA SOCCER, AND ARTURO ZAVALA, INDIVIDUALLY AND DOING BUSINESS AS MUNDO DEPORTIVO ZAVA IMPORTS INC. AND ARZA SOCCER, ON CONSENT** |

**(PROPOSED) PERMANENT INJUNCTION**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | INC.; MECA IMPORTS, INC., DOING BUSINESS AS MEGA SOCCER; NAJAM JAVED, INDIVIDUALLY AND DOING BUSINESS AS MECA IMPORTS, INC. AND MEGA SOCCER; RAYMUNDO'S SOCCER; MARCOS GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS RAYMUNDO'S SOCCER; COOL WHOLESALE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS COOL WAREHOUSE; EQUIPE IMPORTS, INC.; FIDEL GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS EQUIPE IMPORTS, INC.; G SPORTS; GHALIB SROUR, INDIVIDUALLY AND DOING BUSINESS AS G SPORTS; RIMAB SPORTS, DOING BUSINESS AS RIMABSPORTS.COM; JOHN DOE INDIVIDUALLY AND DOING BUSINESS AS RIMAB SPORTS AND RIMABSPORTS.COM; SUPERGROUP LA; AND EDGARDO LOPEZ, INDIVIDUALLY AND DOING BUSINESS AS SUPER GROUP LA, INC.<br><br>                    Defendants. |

Having considered the Complaint on file in this action, and Defendants Mundo Deportivo Zava Imports Inc. d/b/a Arza Soccer and Arturo Zavala, individually and doing business as Mundo Deportivo Zava Imports Inc. and Arza Soccer (collectively, "Mundo Deportivo") having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

    1.    Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745,

3,087,329, 3,183,656, 3,183,663, and 3,236,505. adidas uses the Three-Stripe Mark in connection with footwear and apparel, among other goods.

2. On May 30, 2014, adidas filed a Complaint claiming, *inter alia*, that Mundo Deportivo was manufacturing, importing, distributing, marketing, promoting, offering for sale, and selling footwear and apparel bearing confusingly similar imitations of adidas's federally registered Three-Stripe Mark (the "Infringing Merchandise"). Photographs of representative examples of the Infringing Merchandise are attached as **Exhibit 1**.

3. Mundo Deportivo accepted service of the Summons and Complaint, but have not yet filed an Answer or any other pleading in response to adidas's Complaint.

4. The Court has jurisdiction over the subject matter of this action and over Mundo Deportivo, and venue in this action is proper in this judicial district.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Mundo Deportivo and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Mundo Deportivo, or in concert or participation with Mundo Deportivo, and each of them, are **PERMANENTLY ENJOINED and RESTRAINED**, from:

    a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Infringing Merchandise; and

    b. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling any other footwear or apparel bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including without limitation any footwear or apparel with one

additional stripe (i.e., four stripes) or less one of the three stripes (i.e, two stripes).

2. This Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

3. The claims asserted in adidas's Complaint are hereby dismissed with prejudice, with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED this __22__ day of _____July_____, 2014.

*[signature]*

The Honorable Stephen V. Wilson
United States District Court

STIPULATED AND CONSENTED TO BY:

MUNDO DEPORTIVO ZAVA IMPORTS INC. D/B/A ARZA SOCCER

By: *[signature]*

Name: ARTURO ZAVALA

Title: PRESIDENT

Date: July 14TH, 2014

ARTURO ZAVALA, INDIVIDUALLY AND DOING BUSINESS AS MUNDO DEPORTIVO ZAVA IMPORTS INC. AND ARZA SOCCER

By: *[signature]*

Name: Arturo Zavala

Date: July 14TH, 2014

ON BEHALF OF ADIDAS AMERICA, INC. and ADIDAS AG

By: *[signature]*
DENNIS L. WILSON
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR.
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

# EXHIBIT 1





**(PROPOSED) PERMANENT INJUNCTION**