```
                                                    FILED
                                            CLERK, U.S. DISTRICT COURT

                                               AUG 19, 2014

                                          CENTRAL DISTRICT OF CALIFORNIA
                                          BY:      PMC        DEPUTY
```

1  KILPATRICK TOWNSEND & STOCKTON LLP
   DENNIS L. WILSON (State Bar No. 5407)
2  dwilson@kilpatricktownsend.com
   CAROLINE Y. BUSSIN (State Bar No. 239343)
3  cbussin@kilpatricktownsend.com
   9720 Wilshire Blvd PH
4  Beverly Hills, CA  90212-2018
   Telephone:310-248-3830
5  Facsimile: 310-860-0363

6  R. CHARLES HENN, JR. (*Admitted Pro Hac Vice*)
   chenn@kilpatricktownsend.com
7  CHARLES H. HOOKER III (*Admitted Pro Hac Vice*)
   chooker@kilpatricktownsend.com
8  NICHOLE DAVIS CHOLLET (*Admitted Pro Hac Vice*)
   nchollet@kilpatricktownsend.com
9  1100 Peachtree Street, Suite 2800
   Atlanta, GA 30309-4530
10 Telephone: (404) 815-6500
   Facsimile: (404) 815-6555
11
   Attorneys for Plaintiff
12 ADIDAS AG AND ADIDAS AMERICA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AG AND ADIDAS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARRIBA SPORTS, DOING BUSINESS AS SOCCER WAREHOUSE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS ARRIBA SPORTS AND SOCCER WAREHOUSE; MUNDO DEPORTIVO ZAVA IMPORTS INC., DOING BUSINESS AS ARZA SOCCER; ARTURO ZAVALA, INDIVIDUALLY AND DOING BUSINESS AS MUNDO DEPORTIVO ZAVA IMPORTS INC. AND ARZA SOCCER; MAPLE SPORTS INC.; IMRAN JAVED, INDIVIDUALLY AND DOING BUSINESS AS MAPLE SPORTS | Case No. 2:14-cv-4184-SVW-JEM <br><br> ~~(PROPOSED)~~ **PERMANENT INJUNCTION AGAINST DEFENDANTS COOL WHOLESALE AND SEON CHA PAK, INDIVIDUALLY AND DOING BUSINESS AS COOL WHOLESALE, ON CONSENT** |

**(PROPOSED) PERMANENT INJUNCTION**

INC.; MECA IMPORTS, INC., DOING BUSINESS AS MEGA SOCCER; NAJAM JAVED, INDIVIDUALLY AND DOING BUSINESS AS MECA IMPORTS, INC. AND MEGA SOCCER; RAYMUNDO'S SOCCER; MARCOS GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS RAYMUNDO'S SOCCER; COOL WHOLESALE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS COOL WAREHOUSE; EQUIPE IMPORTS, INC.; FIDEL GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS EQUIPE IMPORTS, INC.; G SPORTS; GHALIB SROUR, INDIVIDUALLY AND DOING BUSINESS AS G SPORTS; RIMAB SPORTS, DOING BUSINESS AS RIMABSPORTS.COM; JOHN DOE INDIVIDUALLY AND DOING BUSINESS AS RIMAB SPORTS AND RIMABSPORTS.COM; SUPER GROUP LA, INC.; AND EDGARDO LOPEZ, INDIVIDUALLY AND DOING BUSINESS AS SUPER GROUP LA, INC.

          Defendants.

      Having considered the Complaint on file in this action, and Defendants Cool Wholesale and Seon Cha Pak, individually and doing business as Cool Wholesale having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

      1.     Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329, 3,183,656, 3,183,663, and 3,236,505.  adidas uses the Three-Stripe Mark in connection with footwear and apparel, among other goods.

      2.     On May 30, 2014, adidas filed a Complaint claiming, *inter alia*, that

Cool Wholesale and John Doe, individually and doing business as Cool Wholesale was manufacturing, importing, distributing, marketing, promoting, offering for sale, and selling apparel bearing confusingly similar imitations of adidas's federally registered Three-Stripe Mark (the "Infringing Apparel").  Photographs of representative examples of the Infringing Apparel are attached as **Exhibit 1**.

    3.    Seon Cha Pak is the owner of Cool Wholesale and should be substituted for Defendant John Doe, individually and doing business as Cool Wholesale.

    4.    Cool Wholesale accepted service of the Summons and Complaint and filed an answer on June 23, 2014.

    5.    Seon Cha Pak accepted service of the Summons and Complaint on July 17, 2014.  An answer is due by August 7, 2014.

    6.    The Court has jurisdiction over the subject matter of this action and over Cool Wholesale, and venue in this action is proper in this judicial district.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The Complaint is amended to identify Defendant John Doe, individually and doing business as Cool Wholesale as Seon Cha Pak, individually and doing business as Cool Wholesale.

    2.    Cool Wholesale, Seon Cha Pak and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Cool Wholesale or Seon Cha Pak, or in concert or participation with Cool Wholesale or Seon Cha Pak, and each of them, are **PERMANENTLY ENJOINED and RESTRAINED**, from:

        a.    importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Infringing Apparel; and

        b.    importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling any other apparel bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including

without limitation any apparel with one additional stripe (i.e., four stripes) or less one of the three stripes (i.e, two stripes).

2.	This Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

3.	The claims asserted in adidas's Complaint are hereby dismissed with prejudice, with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED this __19TH__ day of __August_____, 2014.

_____
The Honorable Stephen V. Wilson
United States District Court

STIPULATED AND CONSENTED TO BY:

COOL WHOLESALE

By: X _____

Name: Seon Cha Pak

Title: Owner

Date: 7/21/2014

SEON CHA PAK, INDIVIDUALLY AND DOING BUSINESS AS COOL WHOLESALE

By: X _____

Name: Seon Cha Pak

Date: 7/21/2014

ON BEHALF OF ADIDAS AMERICA, INC. and ADIDAS AG
By: _____
KILPATRICK TOWNSEND & STOCKTON, LLP

DENNIS L. WILSON
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR.
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

- 5 -
(PROPOSED) PERMANENT INJUNCTION

# EXHIBIT 1




