KILPATRICK TOWNSEND & STOCKTON LLP
DENNIS L. WILSON (State Bar No. 5407)
dwilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN (State Bar No. 239343)
cbussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR. (*admitted Pro Hac Vice*)
chenn@kilpatricktownsend.com
CHARLES H. HOOKER III (*admitted Pro Hac Vice*)
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET (*admitted Pro Hac Vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff
ADIDAS AG AND ADIDAS AMERICA, INC.

FILED
CLERK, U.S. DISTRICT COURT
AUG 19, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AG AND ADIDAS AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARRIBA SPORTS, DOING BUSINESS AS SOCCER WAREHOUSE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS ARRIBA SPORTS AND SOCCER WAREHOUSE; MUNDO DEPORTIVO ZAVA IMPORTS INC., DOING BUSINESS AS ARZA SOCCER; ARTURO ZAVALA, INDIVIDUALLY AND DOING BUSINESS AS MUNDO DEPORTIVO ZAVA IMPORTS INC. AND ARZA SOCCER; MAPLE SPORTS INC.; IMRAN JAVED, INDIVIDUALLY AND DOING BUSINESS AS MAPLE SPORTS | Case No. 2:14-cv-4184-SVW-JEM<br><br>(~~PROPOSED~~) PERMANENT INJUNCTION AGAINST DEFENDANTS RAYMUNDO'S SOCCER AND MARCOS GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS RAYMUNDO'S SOCCER, ON CONSENT |

**(PROPOSED) PERMANENT INJUNCTION**

|   |   |
|---|---|
| 1 | INC.; MECA IMPORTS, INC., DOING BUSINESS AS MEGA |
| 2 | SOCCER; NAJAM JAVED, INDIVIDUALLY AND DOING |
| 3 | BUSINESS AS MECA IMPORTS, INC. AND MEGA SOCCER; |
| 4 | RAYMUNDO'S SOCCER; MARCOS GONZALEZ, INDIVIDUALLY AND |
| 5 | DOING BUSINESS AS RAYMUNDO'S SOCCER; COOL |
| 6 | WHOLESALE; JOHN DOE, INDIVIDUALLY AND DOING |
| 7 | BUSINESS AS COOL WAREHOUSE; EQUIPE IMPORTS, |
| 8 | INC.; FIDEL GONZALEZ, INDIVIDUALLY AND DOING |
| 9 | BUSINESS AS EQUIPE IMPORTS, INC.; G SPORTS; GHALIB SROUR, |
| 10 | INDIVIDUALLY AND DOING BUSINESS AS G SPORTS; RIMAB |
| 11 | SPORTS, DOING BUSINESS AS RIMABSPORTS.COM; JOHN DOE |
| 12 | INDIVIDUALLY AND DOING BUSINESS AS RIMAB SPORTS |
| 13 | AND RIMABSPORTS.COM; SUPER GROUP LA, INC.; AND EDGARDO |
| 14 | LOPEZ, INDIVIDUALLY AND DOING BUSINESS AS SUPER |
| 15 | GROUP LA, INC. |
| 16 |             Defendants. |

Having considered the Complaint on file in this action, and Defendants Raymundo's Soccer and Marcos Gonzalez, individually and doing business as Raymundo's Soccer (collectively, "Raymundo's Soccer") having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

1. Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329, 3,183,656, 3,183,663, and 3,236,505. adidas uses the Three-Stripe Mark

in connection with footwear and apparel, among other goods.

2. On May 30, 2014, adidas filed a Complaint claiming, *inter alia*, that Raymundo's Soccer was manufacturing, importing, distributing, marketing, promoting, offering for sale, and selling apparel bearing confusingly similar imitations of adidas's federally registered Three-Stripe Mark (the "Infringing Apparel"). Photographs of representative examples of the Infringing Apparel are attached as **Exhibit 1**.

3. Raymundo's Soccer accepted service of the Summons and Complaint on June 10, 2014, but has not yet filed an Answer or any other pleading in response to adidas's Complaint.

4. The Court has jurisdiction over the subject matter of this action and over Raymundo's Soccer, and venue in this action is proper in this judicial district.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Raymundo's Soccer and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Raymundo's Soccer, or in concert or participation with Raymundo's Soccer, and each of them, are **PERMANENTLY ENJOINED and RESTRAINED**, from:

    a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Infringing Apparel; and

    b. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling any other apparel bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including without limitation any apparel with one additional stripe (i.e., four stripes) or less one of the three stripes (i.e, two stripes).

1    2.    This Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

3.    The claims asserted in adidas's Complaint are hereby dismissed with prejudice, with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED this __19th__ day of _____August_____, 2014.

*[signature]*

The Honorable Stephen V. Wilson
United States District Court

**STIPULATED AND CONSENTED TO BY:**

RAYMUNDO'S SOCCER

By: *Gonzalez Marcos.*

Name: Marcos Gonzalez

Title: Owner

Date: July, 18, 2014

MARCOS GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS RAYMUNDO'S SOCCER

By: *Gonzalez Marcos.*

Name: Marcos Gonzalez

Date: July, 18, 2014

ON BEHALF OF ADIDAS AMERICA, INC. and ADIDAS AG
By: *[signature]*
DENNIS L. WILSON
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR.
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

# EXHIBIT 1




**(PROPOSED) PERMANENT INJUNCTION**