FILED
CLERK, U.S. DISTRICT COURT

Nov 12, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

KILPATRICK TOWNSEND & STOCKTON LLP
DENNIS L. WILSON (State Bar No. 5407)
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN (State Bar No. 239343)
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR. (*Admitted Pro Hac Vice*)
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III (*Admitted Pro Hac Vice*)
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET (*Admitted Pro Hac Vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff
ADIDAS AG AND ADIDAS AMERICA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AG AND ADIDAS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARRIBA SPORTS, DOING BUSINESS AS SOCCER WAREHOUSE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS ARRIBA SPORTS AND SOCCER WAREHOUSE; MUNDO DEPORTIVO ZAVA IMPORTS INC., DOING BUSINESS AS ARZA SOCCER; ARTURO ZAVALA, INDIVIDUALLY AND DOING BUSINESS AS MUNDO DEPORTIVO ZAVA IMPORTS INC. AND ARZA SOCCER; MAPLE SPORTS INC.; IMRAN JAVED, INDIVIDUALLY AND DOING BUSINESS AS MAPLE SPORTS | Case No. 2:14-cv-4184-SVW-JEM <br><br> ~~(PROPOSED)~~ PERMANENT INJUNCTION AGAINST DEFENDANTS MECA IMPORTS, INC., DOING BUSINESS AS MEGA SOCCER AND NAJAM JAVED, INDIVIDUALLY AND DOING BUSINESS AS MECA IMPORTS, INC. AND MEGA SOCCER, ON CONSENT |

**(PROPOSED) PERMANENT INJUNCTION**

| | |
|---|---|
| 1 | INC.; MECA IMPORTS, INC., DOING BUSINESS AS MEGA SOCCER; NAJAM JAVED, INDIVIDUALLY AND DOING BUSINESS AS MECA IMPORTS, INC. AND MEGA SOCCER; RAYMUNDO'S SOCCER; MARCOS GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS RAYMUNDO'S SOCCER; COOL WHOLESALE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS COOL WAREHOUSE; EQUIPE IMPORTS, INC.; FIDEL GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS EQUIPE IMPORTS, INC.; G SPORTS; GHALIB SROUR, INDIVIDUALLY AND DOING BUSINESS AS G SPORTS; RIMAB SPORTS, DOING BUSINESS AS RIMABSPORTS.COM; JOHN DOE INDIVIDUALLY AND DOING BUSINESS AS RIMAB SPORTS AND RIMABSPORTS.COM; SUPER GROUP LA, INC.; AND EDGARDO LOPEZ, INDIVIDUALLY AND DOING BUSINESS AS SUPER GROUP LA, INC. |
| | Defendants. |

Having considered the Complaint on file in this action, and Defendants Meca Imports, Inc., doing business as Mega Soccer. and Najam Javed, individually and doing business as Meca Imports, Inc. and Mega Soccer (collectively, "Meca Imports/Mega Soccer") having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

1. Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745,

- 2 -
**(PROPOSED) PERMANENT INJUNCTION**

1  3,087,329, 3,183,656, 3,183,663, and 3,236,505.  adidas uses the Three-Stripe Mark

2  in connection with footwear and apparel, among other goods.

3      2.    On May 30, 2014, adidas filed a Complaint claiming, *inter alia*, that

4  Maple Sports was manufacturing, importing, distributing, marketing, promoting,

5  offering for sale, and selling apparel bearing confusingly similar imitations of

6  adidas's federally registered Three-Stripe Mark (the "Infringing Apparel").

7  Photographs of representative examples of the Infringing Apparel are attached as

8  **Exhibit 1**.

9      3.    Meca Imports, Inc. doing business as Mega Soccer accepted service of

10 the Summons and Complaint on June 9, 2014 but has not yet filed an Answer or any

11 other pleading in response to adidas's Complaint.

12     4.    Najam Javed accepted service of the Summons and Complaint on June

13 9, 2014 and filed an answer on July 14, 2014.

14     5.    The Court has jurisdiction over the subject matter of this action and over

15 Meca Imports/Mega Soccer, and venue in this action is proper in this judicial district.

16     Accordingly, **IT IS HEREBY ORDERED** that:

17     1.    Meca Imports/Mega Soccer and all of their agents, officers, employees,

18 representatives, successors, assigns, attorneys, and all other persons acting for, with,

19 by, through, or under authority from Meca Imports/Mega Soccer, or in concert or

20 participation with Meca Imports/Mega Soccer, and each of them, are

21 **PERMANENTLY ENJOINED and RESTRAINED**, from:

22     a.    importing, manufacturing, producing, advertising, promoting,

23         displaying, distributing, offering for sale, or selling the Infringing

24         Apparel; and

25     b.    importing, manufacturing, producing, advertising, promoting,

26         displaying, distributing, offering for sale, or selling any other

27         apparel bearing the Three-Stripe Mark or any other confusingly

28

1           similar imitation of adidas's Three-Stripe Mark, including

2           without limitation any apparel with one additional stripe (i.e.,

3           four stripes) or less one of the three stripes (i.e, two stripes).

4     2.     This Court shall have continuing jurisdiction to enforce the provisions

5 of the permanent injunction entered herein.

6     3.     The claims asserted in adidas's Complaint are hereby dismissed with

7 prejudice, with each party bearing its own costs, including attorneys' fees.

9     IT IS SO ORDERED this \_\_\_12th\_\_\_ day of \_\_November_____, 2014.

*[signature: Stephen V. Wilson]*

12                           The Honorable Stephen V. Wilson

13                           United States District Court

STIPULATED AND CONSENTED TO BY:

MECA IMPORTS, INC. DOING
BUSINESS AS MEGA SOCCER.

By: _____

Name: Najam Javed

Title: __OWNER_____

Date: __10-6-14_____

NAJAM JAVED, INDIVIDUALLY
AND DOING BUSINESS AS MECA
IMPORTS, INC. AND MEGA
SOCCER

By: _____

Name: Najam Javed

Date: __10-6-14_____

ON BEHALF OF ADIDAS
AMERICA, INC. and ADIDAS AG

By: _____
KILPATRICK TOWNSEND &
STOCKTON, LLP

DENNIS L. WILSON
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR.
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

- 5 -
(PROPOSED) PERMANENT INJUNCTION

# EXHIBIT 1








**(PROPOSED) PERMANENT INJUNCTION**