**FILED**
**CLERK, U.S. DISTRICT COURT**

NOV 12, 2014

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____PMC_____ DEPUTY

1

KILPATRICK TOWNSEND & STOCKTON LLP
DENNIS L. WILSON (State Bar No. 5407)

2

DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN (State Bar No. 239343)

3

CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH

4

Beverly Hills, CA  90212-2018
Telephone:310-248-3830

5

Facsimile: 310-860-0363

6

R. CHARLES HENN, JR. (*Admitted Pro Hac Vice*)
cHenn@kilpatricktownsend.com

7

CHARLES H. HOOKER III (*Admitted Pro Hac Vice*)
chooker@kilpatricktownsend.com

8

NICHOLE DAVIS CHOLLET (*Admitted Pro Hac Vice*)
nchollet@kilpatricktownsend.com

9

1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

10

Telephone: (404) 815-6500
Facsimile: (404) 815-6555

11

12

Attorneys for Plaintiff
ADIDAS AG AND ADIDAS AMERICA, INC.

13

14

**UNITED STATES DISTRICT COURT**

15

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

ADIDAS AG AND ADIDAS
AMERICA, INC.,

17

Plaintiff,

18

v.

19

ARRIBA SPORTS, DOING

20

BUSINESS AS SOCCER
WAREHOUSE; JOHN DOE,

21

INDIVIDUALLY AND DOING
BUSINESS AS ARRIBA SPORTS

22

AND SOCCER WAREHOUSE;
MUNDO DEPORTIVO ZAVA

23

IMPORTS INC., DOING BUSINESS
AS ARZA SOCCER; ARTURO

24

ZAVALA, INDIVIDUALLY AND
DOING BUSINESS AS MUNDO

25

DEPORTIVO ZAVA IMPORTS INC.
AND ARZA SOCCER; MAPLE

26

SPORTS INC.; IMRAN JAVED,
INDIVIDUALLY AND DOING

27

BUSINESS AS MAPLE SPORTS

Case No. 2:14-cv-4184-SVW-JEM

~~(PROPOSED)~~ **PERMANENT INJUNCTION AGAINST DEFENDANTS MAPLE SPORTS, INC. AND IMRAN JAVED, INDIVIDUALLY AND DOING BUSINESS AS MAPLE SPORTS, INC., ON CONSENT**

28

**(PROPOSED) PERMANENT INJUNCTION**

1 | INC.; MECA IMPORTS, INC.,
2 | DOING BUSINESS AS MEGA
SOCCER; NAJAM JAVED,
INDIVIDUALLY AND DOING
3 | BUSINESS AS MECA IMPORTS,
INC. AND MEGA SOCCER;
4 | RAYMUNDO'S SOCCER; MARCOS
GONZALEZ, INDIVIDUALLY AND
5 | DOING BUSINESS AS
RAYMUNDO'S SOCCER; COOL
6 | WHOLESALE; JOHN DOE,
INDIVIDUALLY AND DOING
7 | BUSINESS AS COOL
WAREHOUSE; EQUIPE IMPORTS,
8 | INC.; FIDEL GONZALEZ,
INDIVIDUALLY AND DOING
9 | BUSINESS AS EQUIPE IMPORTS,
INC.; G SPORTS; GHALIB SROUR,
10 | INDIVIDUALLY AND DOING
BUSINESS AS G SPORTS; RIMAB
11 | SPORTS, DOING BUSINESS AS
RIMABSPORTS.COM; JOHN DOE
12 | INDIVIDUALLY AND DOING
BUSINESS AS RIMAB SPORTS
13 | AND RIMABSPORTS.COM; SUPER
GROUP LA, INC.; AND EDGARDO
14 | LOPEZ, INDIVIDUALLY AND
DOING BUSINESS AS SUPER
15 | GROUP LA, INC.

16 |     Defendants.

17

18       Having considered the Complaint on file in this action, and Defendants Maple

19 Sports, Inc. and Imran Javed, individually and doing business as Maple Sports, Inc.

20 (collectively, "Maple Sports") having consented to the terms of the permanent

21 injunction set forth below, this Court hereby finds as follows:

22       1.     Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas")

23 own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"),

24 which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353,

25 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308,

26 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745,

27 3,087,329, 3,183,656, 3,183,663, and 3,236,505.  adidas uses the Three-Stripe Mark

28

**(PROPOSED) PERMANENT INJUNCTION**

1    in connection with footwear and apparel, among other goods.

2         2.        On May 30, 2014, adidas filed a Complaint claiming, *inter alia*, that

3    Maple Sports was manufacturing, importing, distributing, marketing, promoting,

4    offering for sale, and selling apparel bearing confusingly similar imitations of

5    adidas's federally registered Three-Stripe Mark (the "Infringing Apparel").

6    Photographs of representative examples of the Infringing Apparel are attached as

7    **Exhibit 1**.

8         3.        Maple Sports, Inc. accepted service of the Summons and Complaint on

9    June 9, 2014 but has not yet filed an Answer or any other pleading in response to

10   adidas's Complaint.

11        4.        Imran Javed accepted service of the Summons and Complaint on June 9,

12   2014 and filed an answer on July 14, 2014.

13        5.        The Court has jurisdiction over the subject matter of this action and over

14   Maple Sports, and venue in this action is proper in this judicial district.

15        Accordingly, **IT IS HEREBY ORDERED** that:

16        1.        Maple Sports and all of their agents, officers, employees,

17   representatives, successors, assigns, attorneys, and all other persons acting for, with,

18   by, through, or under authority from Maple Sports, or in concert or participation with

19   Maple Sports, and each of them, are **PERMANENTLY ENJOINED and**

20   **RESTRAINED**, from:

21             a.        importing, manufacturing, producing, advertising, promoting,

22                      displaying, distributing, offering for sale, or selling the Infringing

23                      Apparel; and

24             b.        importing, manufacturing, producing, advertising, promoting,

25                      displaying, distributing, offering for sale, or selling any other

26                      apparel bearing the Three-Stripe Mark or any other confusingly

27                      similar imitation of adidas's Three-Stripe Mark, including

28

**(PROPOSED) PERMANENT INJUNCTION**

1    without limitation any apparel with one additional stripe (i.e.,

2    four stripes) or less one of the three stripes (i.e, two stripes).

3    2.    This Court shall have continuing jurisdiction to enforce the provisions

4    of the permanent injunction entered herein.

5    3.    The claims asserted in adidas's Complaint are hereby dismissed with

6    prejudice, with each party bearing its own costs, including attorneys' fees.

7

8    IT IS SO ORDERED this ____12th____ day of ____November_____, 2014.

9

10

11    The Honorable Stephen V. Wilson

12    United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

**(PROPOSED) PERMANENT INJUNCTION**

**STIPULATED AND CONSENTED TO BY:**

MAPLE SPORTS, INC.

By: _Imran Javed_

Name: Imran Javed

Title: OWNER

Date: 11-06-14

IMRAN JAVED, INDIVIDUALLY AND DOING BUSINESS AS MAPLE SPORTS, INC.

By: _Imran Javed_

Name: Imran Javed

Date: 11-06-14

ON BEHALF OF ADIDAS AMERICA, INC. and ADIDAS AG

By: _Nichole Davis Chollet_

KILPATRICK TOWNSEND & STOCKTON, LLP

DENNIS L. WILSON
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR.
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

(PROPOSED) PERMANENT INJUNCTION

# EXHIBIT 1






