KILPATRICK TOWNSEND & STOCKTON LLP
DENNIS L. WILSON (State Bar No. 5407)
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN (State Bar No. 239343)
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR. (*Admitted Pro Hac Vice*)
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III (*Admitted Pro Hac Vice*)
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET (*Admitted Pro Hac Vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff
ADIDAS AG AND ADIDAS AMERICA, INC.

**FILED**
CLERK, U.S. DISTRICT COURT
Nov 26, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AG AND ADIDAS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARRIBA SPORTS, DOING BUSINESS AS SOCCER WAREHOUSE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS ARRIBA SPORTS AND SOCCER WAREHOUSE; MUNDO DEPORTIVO ZAVA IMPORTS INC., DOING BUSINESS AS ARZA SOCCER; ARTURO ZAVALA, INDIVIDUALLY AND DOING BUSINESS AS MUNDO DEPORTIVO ZAVA IMPORTS INC. AND ARZA SOCCER; MAPLE SPORTS INC.; IMRAN JAVED, INDIVIDUALLY AND DOING BUSINESS AS MAPLE SPORTS | Case No. 2:14-cv-4184-SVW-JEM <br><br> **(PROPOSED) PERMANENT INJUNCTION AGAINST DEFENDANTS ARRIBA SPORTS DOING BUSINESS AS SOCCER WAREHOUSE, ON CONSENT** <br><br> JS-6 |

**(PROPOSED) PERMANENT INJUNCTION**

| | |
|---|---|
| 1 | INC.; MECA IMPORTS, INC., DOING BUSINESS AS MEGA SOCCER; NAJAM JAVED, INDIVIDUALLY AND DOING BUSINESS AS MECA IMPORTS, INC. AND MEGA SOCCER; RAYMUNDO'S SOCCER; MARCOS GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS RAYMUNDO'S SOCCER; COOL WHOLESALE; JOHN DOE, INDIVIDUALLY AND DOING BUSINESS AS COOL WAREHOUSE; EQUIPE IMPORTS, INC.; FIDEL GONZALEZ, INDIVIDUALLY AND DOING BUSINESS AS EQUIPE IMPORTS, INC.; G SPORTS; GHALIB SROUR, INDIVIDUALLY AND DOING BUSINESS AS G SPORTS; RIMAB SPORTS, DOING BUSINESS AS RIMABSPORTS.COM; JOHN DOE INDIVIDUALLY AND DOING BUSINESS AS RIMAB SPORTS AND RIMABSPORTS.COM; SUPER GROUP LA, INC.; AND EDGARDO LOPEZ, INDIVIDUALLY AND DOING BUSINESS AS SUPER GROUP LA, INC.<br><br>Defendants. |

Having considered the Complaint on file in this action, and Defendants Arriba Sports d/b/a Soccer Warehouse ("Arriba Sports"), having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

1. Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329, 3,183,656, 3,183,663, and 3,236,505. adidas uses the Three-Stripe Mark in connection with footwear and apparel, among other goods.

2. On May 30, 2014, adidas filed a Complaint claiming, *inter alia*, that Arriba Sports was manufacturing, importing, distributing, marketing, promoting, offering for sale, and selling apparel bearing confusingly similar imitations of adidas's federally registered Three-Stripe Mark (the "Infringing Apparel"). Photographs of representative examples of the Infringing Apparel are attached as **Exhibit 1**.

3. Arriba Sports accepted service of the Summons and Complaint on June 25, 2014 (answer due July 16, 2014), but has not yet filed an Answer or any other pleading in response to adidas's Complaint.

4. The Court has jurisdiction over the subject matter of this action and over Arriba Sports, and venue in this action is proper in this judicial district.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Arriba Sports and all of its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Arriba Sports, or in concert or participation with Arriba Sports, and each of them, are **PERMANENTLY ENJOINED and RESTRAINED**, from:

   a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Infringing Apparel; and

   b. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling any other apparel bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including without limitation any apparel with one additional stripe (i.e., four stripes) or less one of the three stripes (i.e, two stripes).

2. This Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

1        3.      The claims asserted in adidas's Complaint are hereby dismissed with
2 prejudice, with each party bearing its own costs, including attorneys' fees.

4        IT IS SO ORDERED this __26TH__ day of ____November____, 2014.

                                                           *[signature: Stephen V. Wilson]*

7                                          The Honorable Stephen V. Wilson
8                                          United States District Court

(PROPOSED) PERMANENT INJUNCTION

STIPULATED AND CONSENTED TO BY:

ARRIBA SPORTS D/B/A SOCCER WAREHOUSE

By: _____

Name: Mukhtar Ahmed Choudry

Title: Owner

Date: 11/18/14

ON BEHALF OF ADIDAS AMERICA, INC. and ADIDAS AG

By: _____
KILPATRICK TOWNSEND & STOCKTON LLP

DENNIS L. WILSON
DWilson@kilpatricktownsend.com
CAROLINE Y. BUSSIN
CBussin@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN, JR.
cHenn@kilpatricktownsend.com
CHARLES H. HOOKER III
chooker@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET
nchollet@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

# EXHIBIT 1








**(PROPOSED) PERMANENT INJUNCTION**